UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUIS MEJIA,

                Plaintiff,

-against-

AUSTICORP INC. and LOUIS KAYTSA,

                Defendants.

Case No. 1:22-cv-03463

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LUIS MEJIA ("Plaintiff") and Defendants AUSTICORP INC. and LOUIS KAYTSA ("Defendants") through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, and have authorized their undersigned counsel to stipulate, consent, and agree to dismiss the instant action with prejudice. The Court hereby approves the settlement and dismissal of the instant action with prejudice.

*Attorneys for Plaintiff*

KATZ MELINGER PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

By: _____
Dated: _____1/6/2023_____

*Attorneys for Defendants*

GOLDBERG AND WEINBERGER LLP
56 Dayton Road
Redding, CT 06896

By: _____
Dated: _____1/6/23_____

SO ORDERED this __8th__ day of __February__, 20__23__

____*Peggy Kuo*_____
United States Magistrate Judge